IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.           CRIMINAL CAUSE NO.: 3:21-cr-26-DMB-RP--1

JOE ANTHONY MOORE           DEFENDANT

## ORDER GRANTING MOTION FOR BOND

This matter is before the court on Defendant's Motion for Bond [52]. Being advised in the premises, the court finds that Defendant's Motion for Bond is well taken and should be granted.

**THEREFORE,** it is hereby **ORDERED**, that the pending Motion for Bond [52] is **GRANTED** and the Defendant is hereby ordered released under the same terms and conditions previously imposed by the court, but further including the following conditions: 1) GPS location monitoring with travel restricted as set forth in prior conditions; and 2) Defendant must remain in his fixed place of resident between the hours of 8:00 p.m. to 7:00 a.m.

SO ORDERED, this the 20th day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE